# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4001
_____

RANDALL PAUL LAWS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

September 11, 2019


PER CURIAM.

   AFFIRMED.

LEWIS, B.L. THOMAS, and ROBERTS, JJ., concur.

_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Randall Paul Laws, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.